ALL THAT CERTAIN lot or piece of ground with the buildings and erected, in the Township of Lower Merion, County of Montgomery and State of Pennsylvania, bounded and described to a Plan of Overbrook Park, in Merion Plan No. 2 made by Over & Tingley, Civil Engineers, of Upper Darby, Pennsylvania on November 18, 1941 as follows, to wit:-

BEGINNING at a point on the Northwesterly side of Brookhaven Road (50 feet wide), at the distance of 163.4 feet measured southwestwardly along the Northwesterly side of Brookhaven Road from its intersection with the Southwesterly side of Rock Glen Drive (50 feet wide) (both extended).

CONTAINING in front or breadth South 44 degrees 31 minutes West along the Northwesterly side of Brookhaven Road 50 feet and extending of that width in length or depth North 45 degrees 29 minutes West between parallel lines at right angles to said Brookhaven Road 105 feet.

BEING 1517 Brookhaven Road.

BEING Parcel Number 40-00-07548-00-8

BEING THE SAME PREMISES WHICH Ferrel J. Pauletto, by Deed dated 5/19/1999 and recorded 6/21/1999 at Norristown, Pennsylvania in Deed Book 5276, Page 1097, granted and conveyed unto Anthony Imbiscuso and Giovanna Imbiscuso, husband & wife, in fee

EXHIBIT "B"